# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

JOSEPH PONTECORVO

**WARRANT FOR ARREST**

FILED by _____ D.C.

CASE NUMBER  00 - 4312 - BSS

**TO:** The United States Marshal
and any Authorized United States Officer

AUG 3 0 2000

CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

YOU ARE HEREBY COMMANDED to arrest _____ Joseph Pontecorvo
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

Indictment   ☐ Information   X Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) possessing a firearm which is not registered to him in the National Firearms Registration and Transfer Record

in violation of Title __26__ United States Code, Section(s) 5861(d)

BARRY S. SELTZER
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

[signature]
Signature of Issuing Officer

August 30, 2000, Fort Lauderdale, Florida
Date and Location

Bond — Pretrial Detention

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at |

| Bail fixed at / DATE RECEIVED | by NAME AND TITLE OF ARRESTING OFFICER / Name of Judicial Officer | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____Joseph Pontecorvo_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: __Male_____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: __ATF Special Agent George Belsky 954-356-7369__
_____

**BOND RECOMMENDATION SHEET**

Joseph Pontecorvo
Defendant

Pre-trial detention is recommended.

*[signature]*

ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES FEDERAL COURTHOUSE
500 EAST BROWARD BOULEVARD, 7TH FL
FORT LAUDERDALE, FLORIDA  33394
FLORIDA BAR NO.  908223
TELEPHONE:  (954) 356-7255x3595
FACSIMILE:  (954) 356-7336

Address of Defendant:
Joseph Pontecorvo

Agent:
ATF S/A George Belsky