U.S. MAGISTRATE JUDGE BARRY S. SELTZER    FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | Joseph Pontecorvo (J)# | CASE NO: | 00-4212-BSS |
| AUSA: | Robin Rosenbaum /Stefin | ATTNY: | |
| AGENT: | ATF | VIOL: | 26:5861 |
| PROCEEDING: | Initial Appearance | BOND REC: | PTD |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED:

_____ BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed for ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
(2) ___ Halfway House
     ___ Electronic Monitoring

FILED by ___ D.C.
SEP 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- advised of charge
- has retained Atty.
  Kenneth Ronan
  (Boca Raton)

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | 9-11-00 | 11:00am | SNOW |
| PRELIM/ARRAIGN. OR REMOVAL: XXXX | 9-15-00 | 11:00am | SNOW |
| STATUS CONFERENCE: | | | |

DATE: 9-6-00    TIME: 11:00am    TAPE # 00-071   PG # 7
734-915