UNITED STATES DISTRICT COURT
Southern District of Florida

FILED by _____ D.C.
SEP 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

UNITED STATES OF AMERICA )   Case Number: 00-4212-BSS
                Plaintiff )
                          )   **REPORT COMMENCING CRIMINAL ACTION**
        -VS-              )
                          )
POLITECORVO, JOSEPH BENEDICT      55455-004
Defendant                        U.S. Marshals Service Number
*****************************************************************
TO:  Clerk's Office    MIAMI  (FT. LAUDERDALE)  WEST PALM BEACH
                       FT. PIERCE  (Circle one of above)
**NOTE:  CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.**
*****************************************************************
**All items are to be completed.** Information not applicable or unknown will be indicated "N/A".

(1) **Date** and **Time** of arrest: 09/05/2000       3:05 a.m. (p.m)

   **Time** and **Facility** where booked 3:30 PM FT LAUDERDALE P.D.

(2) Language Spoken:       ENGLISH

(3) Offense(s) Charged: 26 USC 5861(d)

(4) U.S. Citizen         [✓] Yes   [ ] No    [ ] Unknown

(5) Date of Birth:       03/27/1964

(6) Type of Charging Document:  (check one)
    [ ] Indictment     [ ] Complaint to be filed
                       [✓] Complaint already filed
    Case Number:       00-4212-BSS

    [ ] Bench Warrant
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District:  Southern Florida
    **COPY OF WARRANT LEFT WITH U.S. MARSHAL?**  [✓] YES  [ ] NO

Amount of Bond:          $ No Bond

Who set bond:            Judge Seltzer

Remarks: _____

Date:  09/06/00       Arresting Officer: G.P. Belsky
                      Agency:            ATF
                      Phone:             954/356-7369