## United States District Court

SOUTHERN  DISTRICT OF  FLORIDA  502750

UNITED STATES OF AMERICA

V.

JOSEPH PONTECORVO

# WARRANT FOR ARREST

CASE NUMBER: 00 - 4212-BSS

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Joseph Pontecorvo _____
                                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

Indictment  □ Information  X Complaint  □ Order of court  □ Violation Notice  □ Probation Violation Petition

charging him or her with (brief description of offense) possessing a firearm which is not registered to him in the National Firearms Registration and Transfer Record

in violation of Title __26__ United States Code, Section(s) 5861(d)

BARRY S. SELTZER
Name of Issuing Officer

[signature]
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

August 30, 2000, Fort Lauderdale, Florida
Date and Location

Bond — Pretrial Detention

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL | | |
| Bail fixed at | by NAME of Judicial Officer | |
| DATE RECEIVED 8/30/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone United States Marshal Southern District of Florida | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 9/5/00 | | Edward Purchase, SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest