## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | JOSEPH PONTECORVO (J) #55455-004 | CASE NO: | 00-4212-BSS |
| AUSA: | ROBIN ROSENBAUM – pres | ATTY: | KENNETH RONAN, ESQ. – pres |
| AGENT: | | VIOL: | |
| PROCEEDING: | PTD HEARING | RECOMMENDED BOND: | PTD |
| BOND HEARING HELD: (yes) no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

FILED by __ D.C.
SEP 11 2000
CLARENCE MADDOX
C.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone: _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Gov't proceeded by proffer

George Belsky - sworn for cross

PTD ordered danger to comm.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 9/15/00 | 11:00 a.m. | Snow | |
| STATUS CONFERENCE: | | | | |

DATE  9/11/00    TIME.  11:00    FTL/LSS TAPE # 00-047    Begin: 370    End: 1607

