UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **00-6265 CR-ZLOCH**

18 U.S.C. § 922(o), 924(a)(2)   **MAGISTRATE JUDGE SELTZER**
26 U.S.C. §5861(d)

UNITED STATES OF AMERICA,    )
                             )
              Plaintiff,     )
                             )
v.                           )
                             )
JOSEPH PONTECORVO,           )
                             )
              Defendant.     )
_____)



## INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about August 27, 2000, in Broward County, in the Southern District of Florida, the defendant,

### JOSEPH PONTECORVO,

did knowingly and unlawfully possess a machinegun, to wit, an RPB Industries M11A1 machinegun, serial number SAP3803213, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

### COUNT II

On or about August 27, 2000, in Broward County, in the Southern District of Florida, the defendant,



JOSEPH PONTECORVO,

did knowingly receive and possess firearms, to wit, an unmarked silencer and an unmarked destructive device, which were not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. ____2000R02404____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| **JOSEPH PONTECORVO** | **Superseding Case Information:** |

**Court Division:** (Select One)

___ Miami ___ Key West
_X_ FTL ___ WPB ___ FTP

New Defendant(s)   Yes ___   No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) __No__
   List language and/or dialect _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   I    0 to 5 days       _X_         Petty      ___
   II   6 to 10 days      ___         Minor      ___
   III  11 to 20 days     ___         Misdem.    ___
   IV   21 to 60 days     ___         Felony     _X_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) __Yes__
   If yes:
   Magistrate Case No. __00-4212-BSS__
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

*signature*
ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 908223

*Penalty Sheet(s) attached                                      REV 6/27/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

Defendant Name: __Josph Pontecorvo__    Case No.: _____

================================    ==========================================

Count #l: Unlawful possession of machinegun - 18 USC 922(o) & 924(a)(2)

**Max. Penalty:** 10 years' imprisonment; $250,000 fine
================================================================================
Count # 2: Possession of firearms not registered in National Firearms Registration and Transfer Record - 26 USC 5861(d)

**Max. Penalty:** 10 years' imprisonment; $250,000 fine
================================================================================
Count #

**Max. Penalty:**
================================================================================
Count #:

**Max. Penalty:**
================================================================================
Count #:

**Max. Penalty:**
================================================================================

================================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.