UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6265-CR-ZLOCH

UNITED STATES OF AMERICA

vs

JOSEPH PONTECORVO

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on SEPTEMBER 15, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:              Address: __CUSTODY__

                        Telephone: _____

DEFENSE COUNSEL:        Name: __KENNETH RONAN, ESQ.__

                        Address: _____

                        Telephone: _____

BOND SET/CONTINUED:     $____PTD____

Bond hearing held: yes____  no____  Bond hearing set for____

Dated this __15TH__ day of __SEPTEMBER__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _____
    Deputy Clerk

Tape No. __00-0.50__

cc: Copy for Judge
    U. S. Attorney