# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | |
|---|---|
| DEFT: JOSEPH PONTECORVO (J) | CASE NO: 00-6265-CR-ZLOCH |
| AUSA: ROBIN ROSENBAUM / Ryan | ATTY: KENNETH RONAN, ESQ. -pres |
| AGENT: | VIOL: |
| PROCEEDING: ARRAIGNMENT | RECOMMENDED BOND: |
| BOND HEARING HELD - yes / no | COUNSEL APPOINTED: |
| BOND SET @: | To be cosigned by: |

FILED SEP 15 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone: _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE  9/15/00    TIME:  11:00    FTL/LSS TAPE # 00 - 050    Begin 68    End: 157

13