UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6265-CR-ZLOCH

UNITED STATES OF AMERICA         )
                                 )
                                 )
                                 )
v.                               )
                                 )
JOSEPH PONTECORVO,               )
                                 )
      Defendant                  )
_____    )

**GOVERNMENT'S RESPONSE TO**
**THE STANDING DISCOVERY ORDER**

The United States hereby files this response to the Standing

Discovery Order. This response also complies with Local Rule 88.10

and Federal Rule of Criminal Procedure 16, and is numbered to

correspond with Local Rule 88.10.

A.    1.    Any written statements made by defendant are
            attached to defense counsel's copy of this
            Response.

      2.    That portion of the written record containing the
            substance of any oral statement made by the
            defendant before or after arrest in response to
            interrogation by any person then known to the
            defendant to be a government agent is attached to
            the copy of this response provided to counsel for
            the defendant.

      3.    The defendant did not testify before the Grand
            Jury.



4.    The NCIC record of the defendant, if any exists, will be provided to counsel for the defendant.

5.    Books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendant may be inspected at a mutually convenient time at the Office of the United States Attorney, 500 E. Broward Blvd., Suite 700, Fort Lauderdale, Florida 33394. Please call the undersigned to set up a date and time that is convenient to both parties. The undersigned will tentatively set the date for October 5, 2000 at 11:00 a.m. Please call the undersigned with 48 hours' notice if you intend to review the evidence at this date and time.

The attachments to counsel for the defendant's copy of this discovery response are not necessarily copies of all the books, papers, documents, etc., that the government may intend to introduce at trial.

B.    DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C.    The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), and <u>United States v. Agurs</u>, 427 U.S. 97 (1976).

D.    The government will disclose any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of <u>Giglio v. United States</u>, 405 U.S. 150 (1972), or <u>Napue v. Illinois</u>, 360 U.S. 264 (1959).

E.    The government will disclose any prior convictions of any alleged co-conspirator, accomplice or informant who will testify for the government at trial.

F.    The defendant was not identified in a lineup, show up, photo spread or similar identification proceedings.

2

G.        The government has advised its agents and officers involved in this case to preserve all rough notes.

H.        The government will timely advise the defendant of its intent, if any, to introduce during its case in chief proof of evidence pursuant to F.R.E. 404(b). You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine).

In addition, the government may introduce under Rule 404(b) evidence underlying the defendant's past criminal activity that has resulted in arrests and/or convictions and which is summarized in the attached court documents.

I.        The defendant is not an aggrieved person, as defined in Title 18, United States Code, Section 2510(11), of any electronic surveillance.

J.        The government has ordered transcribed the Grand Jury testimony of all witnesses who will testify for the government at the trial of this cause.

K.        The firearms at issue in this case (with the exception of the destructive device, which was rendered safe at the crime scene) are in the possession of the United States. Should the defendant wish his own expert to examine the firearms, counsel for defendant should contact the undersigned Assistant United States Attorney.

L.        The government does not know of any automobile, vessel, or aircraft allegedly used in the commission of this offense that is in the government's possession.

M.       The government is not aware of any latent fingerprints or palm prints which have been identified by a government expert as those of the defendant.

N.       To date, the government has not received a request for disclosure of the subject-matter of expert testimony that the government reasonably expects to offer at trial.

O.       The government will make every possible effort in

3

good faith to stipulate to all facts or points of law the truth and existence of which is not contested and the early resolution of which will expedite trial. These stipulations will be discussed at the discovery conference.

P.          At the discovery conference scheduled in Section A.5, above, the government will seek written stipulations to agreed facts in this case, to be signed by the defendant and defense counsel.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

In addition to the request made above by the government pursuant to both Section B of the Standing Discovery Order and Rule 16(b) of the Federal Rules of Criminal Procedure, in accordance with Rule 12.1 of the Federal Rules of Criminal Procedure, the government hereby demands Notice of Alibi defense. The approximate parameters of when the offenses occurred are outlined in the indictment.

The attachments to this response are numbered pages 1-13. Please contact the undersigned Assistant United States Attorney if any pages are missing.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By:

Robin S. Rosenbaum
Assistant United States Attorney
Florida Bar No. 908223
500 E. Broward Blvd.
Suite 700
Fort Lauderdale, FL 33394
Tel: (954) 356-7255 ext. 3595
Fax: (954) 356-7336

cc:  Special Agent George Belsky,
     Bureau of Alcohol, Tobacco, & Firearms

4

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was sent by first-class United States mail, postage prepaid, this 28th day of September, 2000, to Russell Williams, Esq., 400 S.E. 6th Street, Fort Lauderdale, Florida 33301.

Robin S. Rosenbaum
Assistant United States Attorney

5

Robin:

Here is the discovery I have on Pontecorvo. In addition to the papers I have here, I have a sample of the powder and ball bearings from the device that I can supply to the defense for their own testing. █████████████████

█████

1. Copy ATF Form 3120.2, Report of Investigation, dated 08-29-00
   Attachments:
   > a. ATF Form 3400.16, Property Inventory/Forfeited Property Appraisal Report, dated 08-29-00
   > b. ATF Form 7120.7C, Evidence Transmittal Form, dated 08-29-00
2. Copy of digital photos of destructive device
3. Copy of ATF Form 5320.22, NFA Record Search, dated 08-28-00
4. Copy of ATF National Tracing Center Report #T20000149989, dated 09-05-00
5. Copy of ATF National Tracing Center Report #T20000149999, dated 09-08-00
6. Copy of ATF Form 3200.4, Waiver of Right to Remain Silent and of Right to Advice of Counsel, dated 09-05-00
7. Copy of Supreme Court, County of Bronx, Criminal Division, Certificate of Disposition, dated 09-07-00

I will forward the lab reports on the machinegun, destructive device and his relief from disability as soon as I get them. Just so you know, verbally the labs confirmed that it is a machinegun, it is a silencer, and it is a destructive device. NY State Probation also verbally said he has not had his rights restored, but they had to check one other database before they would issue a report. I am still trying to get certified copies of his prints from NY to do the fingerprint comparison.

████████████████████████████████████████████
████████████████████████████████████

/

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
**REPORT OF INVESTIGATION**

Page 1 of 2

| ADDRESSED TO:<br>Special Agent in Charge<br>Miami Field Division | MONITORED INVESTIGATION INFORMATION:<br>Miami Field Division<br>FY-00<br>Report 001 |
|---|---|

| TITLE OF INVESTIGATION:<br>PONTECORVO, Joseph, Benedict | |
|---|---|

| CASE NUMBER:<br>764010-00-0083 | REPORT NUMBER:<br>1 |
|---|---|

TYPE OF REPORT: *(Check Applicable Boxes)*

| X | REPORT OF INVESTIGATION | | COLLATERAL REPLY |
|---|---|---|---|
| | REPORT OF INTELLIGENCE | | |

| SUBMITTED BY *(Name)*<br>G. P. Belsky | SUBMITTED BY *(Title and Office)*<br>Special Agent, Fort Lauderdale Field Office | SUBMITTED BY *(Date)*<br>08/29/2000 |
|---|---|---|
| REVIEWED BY *(Name)*<br>William M. Hamilton | REVIEWED BY *(Title and Office)*<br>Resident Agent in Charge, Fort Lauderdale Field Office | REVIEWED BY *(Date)* |
| APPROVED BY *(Name)*<br>Hugo J. Barrera | APPROVED BY *(Title and Office)*<br>Division Director, Miami Field Division | APPROVED BY *(Date)* |

### DESCRIPTION OF ACTIVITY:

Possession of illegal weapons by Joseph Benedict PONTECORVO.

### SYNOPSIS:

On August 27, 2000 Fort Lauderdale police arrested Joseph Benedict PONTECORVO while he was in possession of several illegal weapons.

### NARRATIVE:

1.  On August 27, 2000 Fort Lauderdale Police (FLP) Detective Mike Arbit contacted the Fort Lauderdale ATF Field Office in reference to a destructive device, machine gun and silencer they had just recovered during a SWAT incident. Det. Arbit requested ATF assistance in handling the case and prosecuting the case on a Federal level.

2.  On August 28, 2000, Special Agent (S/A) G. P. Belsky and Special Agent Steve Meyer met with Det. Arbit and Det. Art Carbo. Detective Carbo informed the agents that during the early morning hours of 08/27/00 a subject walking along Northwest (NW) 6th Street, Fort Lauderdale was accosted by PONTECORVO. Det. Carbo stated an argument ensued and PONTECORVO fired several rounds at the subject. The subject fled on foot and tried to contact police. At the same time several police units in the area heard the gunfire and proceeded to the area to investigate. The police met with the subject who pointed out PONTECORVO's residence at 14 NW 6th St. Two officers approached the front of the residence while a third observed through a window. Carbo said the officer at the window saw PONTECORVO holding a shotgun and yelling at the officers to go away. PONTECORVO

ATF EF 3120.2 (5-98)

**REPORT OF INVESTIGATION**

| ADDRESSED TO:<br>Special Agent in Charge<br>Miami Field Division | MONITORED INVESTIGATION INFORMATION:<br>Miami Field Division<br>FY-00<br>Report 001 |
|---|---|

| TITLE OF INVESTIGATION:<br>PONTECORVO, Joseph, Benedict | |
|---|---|

| CASE NUMBER:<br>764010-00-0083 | REPORT NUMBER:<br>1 |
|---|---|

refused their commands to exit the residence. The FLP SWAT Team responded to the barricaded gunman incident. Carbo said that after negotiations failed to bring PONTECORVO outside, the team made entry. The team recovered a shotgun (a Maverick Arms 12 gage pump shotgun serial no. MV61307B), a RPB Industries M11A1 machine gun, serial no. SAP3803213 with a silencer attached and a destructive device. The destructive device consisted if a red cardboard tube 2" long by 1 ¼" in diameter. Both ends of the tube were closed with what appeared to be hot glue. On one end was a piece of green fuse approximately 1 ¼" long. Inside the tube was approximately 34.6 grams of a gray powder. Ball bearings of various sizes were glued to the outside of the tube. The tube was then wrapped in aluminum foil and secured with black plastic tape. Det. Arbit separated the components.

3. S/A Belsky took custody of the components of the device. The tube, fuse, foil and tape, as well as a sample of the powder and ball bearings was packaged and forwarded to the ATF Laboratory in Atlanta. A sample of the powder and ball bearings was also set aside for defense purposes.

4. PONTECORVO identified himself as having a date of birth of 03/27/1964 and a Social Security Number of 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. A NCIC/FCIC check showed him as having arrests in New York for DWI (misdemeanor) in 1987 and 1992. He also has two DUI arrests in Florida in 1996 and 1997. In addition, PONTECORVO has a felony conviction in New York for Criminal Possession of a Weapon in 1991.


Attachments:
ATF Form 3400.16, Property Inventory/Forfeited Property Appraisal Report dated 08/29/2000
ATF Form 7120.7C, Evidence Transmittal Form dated 08/29/2000

3

**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

DATE

09/21/2000

## PROPERTY INVENTORY/FORFEITED PROPERTY APPRAISAL REPORT

| 1. CASE NUMBER | 2. ACTION | | | |
|---|---|---|---|---|
| 764010-00-0083 | ☐ RETAINED ☐ ELECTRONIC SURVEILLANCE | ☐ ABANDONED ☐ PURCHASED | ☐ SEIZED FOR JUDICIAL FORFEITURE ☐ SEIZED FOR ADMIN. FORFEITURE | |

| 3. NAME OF PERSON IN WHOSE POSSESSION PROPERTY WAS FOUND | 3a. RACE | 3b. SEX | 3c. DATE OF BIRTH |
|---|---|---|---|
| PONTECORVO, Joseph (Det. Mike Arbit, FLP) | WHITE | Male | 03/27/1964 |

| 4. STREET ADDRESS | 6. DATE SEIZED | 7. FREE APPRAISAL | 8. DATE TAKEN INTO ATF CUSTODY |
|---|---|---|---|
| 14 NW 6th street | | ☐ YES ☑ NO | 08/28/2000 |

| 5. CITY,STATE,ZIP CODE AND COUNTY | 9 STORAGE LOCATION AND RATE (If Applicable) |
|---|---|
| Ft. Lauderdale, FL, 33311- | IN AGENT POSSESSION |

| 10. LOCATION WHERE PROPERTY WAS TAKEN INTO CUSTODY | | |
|---|---|---|
| a. NUMBER AND STREET | c. COUNTY | e. JUDICIAL DISTRICT |
| 14 NW 6th street | Broward | FLS |
| b. CITY | d. STATE | |
| Ft. Lauderdale | FL | |

11. SEIZURE AUTHORITY (Cite Title and Chapter)


12. NAME AND ADDRESS OF LEGAL OWNER/LIENOR (If other than name and address above)


### 13. DESCRIPTION OF PROPERTY

| ITEM NO. (a) | DESCRIPTION OF PROPERTY (For guns include the following: Manufacturer, Type, Model,Caliber,Barrel Length, Capacity, Finish, Overall Length and Serial Number) (b) | NCIC CODE (c) | TITLE (d) | ACTION (e) | CONDITION (f) | SUITABLE FOR GOV'T USE (g) | DESIRED FOR OFFICIAL USE (h) | APPRAISED VALUE (i) |
|---|---|---|---|---|---|---|---|---|
| 001 | EXPLOSIVES. DESTRUCTIVE DEVICE, QTY 1, MEA: EACH, IED CONSISTING OF CARDBOARD TUBE APPROX 2" LONG X 1.25" DIA. W/ GREEN HOBBY FUSE AND VAR. BALL BEARINGS | H | T-II | SE | G | NO | NO | |

Total:        $.00

| 14. NCIC ENTRY/REMOVAL INFORMATION | | | |
|---|---|---|---|
| ☐ ENTER | ☐ ABANDONED | ☐ RETAINED FOR EVIDENCE | ☐ SEIZED |
| ☐ CLEAR | ☐ LOCATED STOLEN | ☐ FOUND | ☐ PURCHASED |

14a. LIST FIREARMS TO BE ENTERED FROM SECTION 13a. BY ITEM NUMBER

| ITEM NUMBER | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

15 CERTIFICATION OF SPECIAL AGENT. I certify that this list contains a full description of all the personal property taken into Bureau custody from the person named in the above-mentioned case.

| SIGNATURE OF SPECIAL AGENT | | DATE |
|---|---|---|
| George Belsky | Special Agent, Fort Lauderdale Field Office | 09/21/2000 |

16 APPRAISAL BY SEIZING OFFICER

I certify that under the authority of 19 U S C., or ATF O 3400 1, as seizing officer, I have made a careful survey and examination of the property described above and to the best of my judgement and belief, each item of said property is of the value stated opposite its respective description, and that the aggregate value of all of said property is shown on the "Total" line and have appraised items No :

| SIGNATURE | DATE |
|---|---|
| | |

17. THIS INVESTIGATION IS ONGOING THEREFORE NO NOTICE SHOULD BE SENT TO ANY PARTIES INVOLVED.

_ WITHHOLD NOTICE FROM ALL PARTIES

**18a. TRACE INFORMATION WAS FORWARDED TO THE NATIONAL TRACING CENTER**

(If no, an explanation is required in the "Remarks" section)    _ YES    _ NO

**18b. NATIONAL FIREARMS REGISTRATION AND TRANSFER RECORDS WERE QUERIED**

(If no, an explanation is required in the "Remarks" section)    _ YES    _ NO

19. REMARKS/DISPOSITION REQUEST

FINAL DISPOSITION RECOMMENDATION                DATE:

☐ DESTRUCTION OF ITEM NUMBER(S)
☐ PLACEMENT INTO OFFICIAL USE OF ITEM NUMBER(S)
☐ RETURN OF ITEM NUMBER(S)

TO:
_____
(NAME)

_____
(ADDRESS)

SPECIAL AGENT:                DATE:

I CONCUR                I CONCUR

DATE        RAC/GS            DATE    SPECIAL AGENT IN CHARGE

5

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
**EVIDENCE TRANSMITTAL FORM**

Page 1 of
1 ___ pages

1. TO: BUREAU OF ALCOHOL, TOBACCO & FIREARMS
ATLANTA FORENSIC SCIENCE LABORATORY
2600 CENTURY PARKWAY, NE, SUITE 410
ATLANTA, GA 30345

2. FROM: S/A G. P. Belsky
299 E. Broward Blvd., Suite 401
Ft. Lauderdale, FL 33301
PHONE # 954 ) 356-7369

3. TITLE OF INVESTIGATION
PONTECORVO, JOSEPH, BENEDICT

4. INVESTIGATION NUMBER
764010-00-0083

5. NUMBER OF PACKAGES
1

6. EXPEDITE (explain in comments section)

7. TYPE OF INVESTIGATION
- [ ] FIREARMS
- [X] EXPLOSIVES
- [ ] ARSON
- [ ] OTHER

8. INTRA-AGENCY ROUTING AFTER LABORATORY EXAMINATION (mark an 'X' in appropriate box)
[X] EXPLOSIVES TECHNOLOGY BRANCH  [ ] FIREARMS TECHNOLOGY BRANCH  [ ] RETURN TO CONTRIBUTOR  [ ] OTHER

9. ATTACHMENTS INCLUDED IN THIS SUBMISSION (mark an 'X' in appropriate boxes) *ATTACH PRELIMINARY/STATUS ATF F 3270.2.
[X] ATF F 3400.16    [X] PHOTOGRAPHS    [ ] DIAGRAMS    [ ] OTHER ___

10. COMMENTS/SPECIAL INSTRUCTIONS

USE EVIDENCE LOG/INVENTORY NUMBERS

| EXHIBIT # | EXPLOSIVES/BOMB | FIRE DEBRIS | TRACE EVIDENCE | DOCUMENT | FINGERPRINT | FIREARMS | TOOLMARKS | DESCRIPTION/REMARKS |
|---|---|---|---|---|---|---|---|---|
| 1 | X | | | X | | | | RED CARDBOARD TUBE (APPROX. 2" LONG BY 1¼" DIA.) W/GREEN FUSE ATTACHED TO END & NUMEROUS BALL BEARING GLUED TO OUTSIDE. TUBE CONTAINED 30G (APPROX) GRAY POWDER. DEVICE WAS WRAPPED IN ALUMINUM FOIL AND BLACK PLASTIC TAPE. |

11. SUBMITTED BY (Name)
G. P. BELSKY

12. TITLE AND OFFICE
SPECIAL AGENT
FT. LAUDERDALE FIELD OFFICE

13. DATE
08/29/2000

14. REVIEWED BY (Name)
William M. Hamilton

15. TITLE AND OFFICE
Resident Agent in Charge

16. DATE
8/29/00

MISSION OF THE ATF LABORATORIES: To produce the accurate and authoritative scientific information needed by Law Enforcement and Compliance Operations in protecting the public and collecting the revenue.

ATF F 7120.7C (9-93)



7



8

| DEPARTMENT OF THE TREASURY BUREAU OF ALCOHOL, TOBACCO AND FIREARMS **NFA RECORDS SEARCH** | | ☐ ROUTINE    ☒ URGENT | | LOOK-UP NUMBER 00-2384 | | |
|---|---|---|---|---|---|---|
| | | ☐ CERTIFICATION  ☐ INVENTORY | | | | |
| NAME(S) TO BE SEARCHED | | | HIT | NO RECORD | DATE OF BIRTH AND/OR SSN | |
| LAST NAME | FIRST NAME | MIDDLE NAME | | | | |
| PONTECORVO | JOSEPH | BENEDICT | ☐ | ☒ | DOB-03-27-1964 SSN-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 | |
| Pontecorvo | | | ☐ | ☒ | | |
| | | | ☐ | ☐ | | |
| | | | ☐ | ☐ | | |
| | | | ☐ | ☐ | | |
| | | | ☐ | ☐ | | |

**WEAPON DESCRIPTION**

Enter appropriate code under Type of Firearm: 1=Machinegun; 2=Silencer; 3=Weapon made from shotgun; 4=Shotgun/barrel less than 18 inches; 5=Weapon made from a rifle; 6=Rifle/barrel less than 16 inches; 7=Any other weapon; 8=Destructive device

| TYPE OF FIREARM | MANUFACTURER | MODEL | CALIBER GAUGE | LENGTHS | | SERIAL NUMBER | HIT | NR |
|---|---|---|---|---|---|---|---|---|
| | | | | BARREL | OVERALL | | | |
| 1 | RPB INDUSTRIES, INC | M11A1 | .380 | | | SAP3803213 | ☒ | |
| 2 | UNKNOWN | | | | | None | | |
| 8 | UNKNOWN | | | | | None | | |
| | | | | | | | | |

**NFA USE ONLY**

Pon % = 116      Ben % = 2677
Pon % (PD) = ∅   Ben % (PD) = 44

Weapon currently registered to the above individual and number and weapon description not registered

☒ CHECKED FFL DATABASE  NR
☒ CHECKED SOT DATABASE  PR
☒ CHECKED TRADE NAME  AN
☐ TRIAL DATE  IDS. Checked
☐ FPC NUMBER:

AGENT'S GRANTER/SORG NAME

CHARGES: ☒ POSSESSION  ☐ TRANSFER  ☐ MAKING  ☐ INTERSTATE

| AGENT'S GRANTER/SORG NAME | BADGE NUMBER | FAX NUMBER | TELEPHONE NUMBER |
|---|---|---|---|
| G.P. BELSKY | 3716 | 954-356-7108 | 954-356-7369 |
| MESSAGE RECEIVED BY | DATE AND TIME RECEIVED | MESSAGE SENT BY | DATE AND TIME |
| FAX | 8/28/00 | | 8/28/00 |

Bureau of Alcohol, Tobacco and Firearms

ATF F 5320.22  (11-98)  (Formerly ATF P 7320.5, which may still be used)    U.S. GPO: 1998-676 142/10016

9

# DEPARTMENT OF THE TREASURY
## BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
### NATIONAL TRACING CENTER
Phone: (800) 788-7133    Fax: (800) 578-7223
Print Date: September 05, 2000

## FIREARMS TRACE SUMMARY

Trace Number: T20000149989          Request Date: September 01, 2000

G P BELSKY
FORT LAUDERDALE FIELD OFFICE
299 E BROWARD BLVD., ROOM 401
FORT LAUDERDALE, FL 33301-1979

Badge No: 3716
Investigation No: 764010000083

### FIREARM INFORMATION
Manufacturer: MAVERICK ARMS (EAGLE PASS, TX)
Model: 88
Caliber: 12
Serial Number: MV61307B
Type: SHOTGUN
Country: UNITED STATES OF AMERICA
Importer:
Obliterated:
Identifying Marks:
NIBIN:
Gang Name:

### PURCHASER INFORMATION    Purchase Date: 04/12/1992
JOHN BUSUMIL                          DOB: 06/15/1964
170-17 HENLEY RD
JAMAICA, NY 11432
UNITED STATES OF AMERICA
Race: WHITE                Height: 5 ft. 7 in.
Sex: Male                  Weight: 270 lbs.
ID 1: NY DRIVER'S LICENSE          #: B2173461121
ID 2:    OTHER                      #: 52408764
Purchaser is not associated with any other traces/multiple sales.

### RECOVERY INFORMATION    Recovery Date: 08/27/2000
14 NW 6TH ST                         Time to Crime: 3059 days
FORT LAUDERDALE, FL 33311
UNITED STATES OF AMERICA
Recovery location may be associated with 5 other trace(s).
Possessor: JOSEPH BENEDICT PONTECO DOB: 03/27/1964
Possessor may be associated with 1 other trace(s)/multiple sale(s).
Contact the local ATF office for additional information.

### DEALER INFORMATION          Ship Date:
LESLIE EDELMAN OF NY INC
75 SHERWOOD AVE
FARMINGDALE, NY 11735-0000

### ADMINISTRATIVE INFORMATION

Phone: N/A                          Out of Business

## SUMMARY OF RESULTS

THE TRACE HISTORY OF THIS FIREARM WAS DERIVED FROM THE RECORDS OF A FEDERAL FIREARMS LICENSEE (FFL) THAT HAS DISCONTINUED BUSINESS AND HAS SUBMITTED THEIR RECORDS TO THE NATIONAL TRACING CENTERS (NTC) OUT-OF-BUSINESS RECORDS SECTION (OBR) AS REQUIRED BY FEDERAL LAW.    THEREFORE, THE TRACE RESULTS MAY NOT REFLECT THE COMPLETE SALES HISTORY OF THIS FIREARM. IF YOU HAVE QUESTIONS ABOUT THIS TRACE, PLEASE CONTACT THE NTC CUSTOMER SERVICE GROUP AT (800)-788-7133 EXT. 772

Additional Remarks:
**IMPORTANT**
THE LAST NAME OF THE PURCHASER IDENTIFIED ON THIS TRACE IS VERY DIFFICULT TO READ AND IS OUR BEST ESTIMATE. IT IS STRONGLY SUGGESTED THAT THE LAST NAME BE CROSS REFERENCED WITH THE NEW YORK STATE DRIVERS LICENSE NUMBER PROVIDED.

The information in this report must be validated with the Federal Firearms Licensee (FFL) prior to use in any criminal proceedings.

# BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
## NATIONAL TRACING CENTER
Phone: (800) 788-7133    Fax: (800) 578-7223
Print Date: September 08, 2000

### FIREARMS TRACE SUMMARY

Trace Number: T20000149999        Request Date: September 01, 2000

G P BELSKY
FORT LAUDERDALE FIELD OFFICE
299 E BROWARD BLVD., ROOM 401
FORT LAUDERDALE, FL 33301-1979

Badge No: 3716
Investigation No: 764010000083

**FIREARM INFORMATION**

Manufacturer: RPB INDUSTRIES
Model: SM11A1
Caliber: 380
Serial Number: SAP3803213
Type: PISTOL
Country: UNITED STATES OF AMERICA
Importer:
Obliterated:
Identifying Marks:
NIBIN:
Gang Name:

**PURCHASER INFORMATION**    Purchase Date:
DOB:

| | |
|---|---|
| Race: | Height: |
| Sex: | Weight: |
| ID 1: | #: |
| ID 2: | #: |

**ADMINISTRATIVE INFORMATION**

**RECOVERY INFORMATION**    Recovery Date: 08/27/2000
14 NW 6TH ST                 Time to Crime: ???
FORT LAUDERDALE, FL 33311
UNITED STATES OF AMERICA
Recovery location may be associated with 5 other trace(s).
Possessor: JOSEPH EENEDICT PONTECO  DOB: 03/27/1964
Possessor may be associated with 1 other trace(s)/multiple sale(s).
Contact the local ATF office for additional information.

**DEALER INFORMATION**    Ship Date:
HARRIS FIREARMS
1550 E HARMON #206 PO BOX 19756
LAS VEGAS, NV 89119-0000
Phone: N/A                    Out of Business

### SUMMARY OF RESULTS

THE NTC HAS EXAMINED THE RECORDS SENT BY THE OUT-OF-BUSINESS DEALER TO THE NTC; HOWEVER, THE SERIAL NUMBER REQUESTED IS NOT LISTED IN THESE RECORDS.

Additional Remarks:

The information in this report must be validated with the Federal Firearms Licensee (FFL) prior to use in any criminal proceedings.

**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
**WAIVER OF RIGHT TO REMAIN SILENT AND OF RIGHT TO ADVICE OF COUNSEL**

---

### STATEMENT OF RIGHTS

You must understand your rights before we ask you any questions.

You have the right to remain silent.

Anything you say can be used against you in court, or other proceedings.

You have the right to talk to a lawyer for advice before we question you and to have him/her with you during questioning.

If you cannot afford a lawyer and want one, a lawyer will be appointed for you by the court. If you decide to answer questions now without a lawyer present, you will still have the right to stop the questioning at any time. You also have the right to stop the questioning at any time until you talk to a lawyer.

I have read this statement of my rights and it has been read to me, and I understand what my rights are.

Date _9-5-00_

Signature

Time _1505_

### WAIVER — Refused

I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have made to me and no pressure or force of any kind has been used against me. I hereby voluntarily and intentionally waive my rights, and I am willing to make a statement and answer questions.

Date _9-5-00_

Signature

Time _1506_

### CERTIFICATION

I hereby certify that the foregoing Waiver of Right to Remain Silent and of Right to Advice of Counsel were read by me to the above signatory, and that he/she also read it and has affixed his/her signature hereto in my presence.

_Det. A. Linch   FLPD_
Witness

_S/A -ATF_
Signature

_____
Witness

ATF F 3200.4 (5-94) PREVIOUS EDITIONS ARE OBSOLETE

12



Supreme Court
of the
State of New York

851 GRAND CONCOURSE
BRONX, NEW YORK 10451

# SUPREME COURT
## COUNTY OF BRONX
### Criminal Division

## Certificate of Disposition

Clerk's Office: 09-07-00

*The People of the State of New York against...*

Defendant: Joseph Pontecorvo

Indictment #: 8938-90

I do certify that it appears from an examination of the Records on file in this office, that the above named defendant was indicted by the Grand Jury of the County of Bronx, on 11-21-90, and charged with the crime of

Criminal Possession of a Weapon in the 3 degree

and that thereafter the said defendant was arraigned before the Hon. W. Wallace, Justice of the Supreme Court, on 03-21-91 and pleaded GUILTY to the crime of

Criminal Possession of a Weapon in the 3 degree
-subsection 04

and that thereafter on 06-13-91 the above named defendant was sentenced to

5 years probation.
and a fine in the amount of $ 1,000

Fine paid on 08-28-91.

Clerk of the Court

A TRUE EXTRACT OF THE MINUTES

/3