**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Complaint No. 00-6265-CR-ZLOCH |
| Plaintiff, | ) MAGISTRATE JUDGE SELTZER |
| v. | ) |
| JOSEPH PONTECORVO | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT

The Clerk of Court (Criminal Division) will please enter the appearance of the undersigned attorney as counsel for Defendant, JOSEPH PONTECORVO, in the above-styled action. Defendant respectfully requests, pursuant to Rule 49, Fed.R.Crim.P., and as directed by said Rule, that any and all motions, petitions, applications, requests, demands, memoranda, briefs, notices, discovery, orders, opinions, and all such similar paper of any nature of description, made or filed by anyone pertaining to any party herein or pertaining in any way to the case be served upon undersigned attorney at the address set forth below. The undersigned files this appearance as counsel on behalf of Defendant, JOSEPH PONTECORVO, for purposes of trial only and not for purposes of appeal.



I HEREBY CERTIFY a copy of the foregoing has been furnished via U.S. Mail Delivery to: Assistant United States Attorney, Robin Rosenbaum, United States Attorney's Office, 500 E. Broward Blvd., Suite 700, Fort Lauderdale, Florida 33394 this _3_ day of October, 2000.

                    Respectfully Submitted,

                    **RUSSELL J. WILLIAMS, ESQ.**
                    Attorney for Defendant Pontecorvo
                    400 Southeast 6th Street
                    Fort Lauderdale, Fl 33301
                    Telephone: (954) 525-2889
                    Fax:      (954) 462-8594
                    Florida Bar #727751