**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 00-6265-CR- ZLOCH |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE SELTZER |
| v. | ) | |
| | ) | |
| **JOSEPH PONTECORVO**, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### NOTICE OF APPEARANCE, AS CO-COUNSEL, ON BEHALF OF DEFENDANT JOSEPH PONTECORVO

The Clerk of Court (Criminal Division) will please enter the appearance of the undersigned attorney as co-counsel for Defendant, JOSEPH PONTECORVO in the above-styled action. Defendant respectfully requests, pursuant to Rule 49, Fed.R.Crim.P., and as directed by said Rule, that any and all motions, petitions, applications, requests, demands, memoranda, briefs, notices, discovery, orders, opinions, and all such similar paper of any nature of description, made or filed by anyone pertaining to any party herein or pertaining in any way to the case be served upon undersigned attorney at the address set forth below. The undersigned files this appearance as co-counsel on behalf of Defendant, JOSEPH PONTECORVO, for purposes of trial only and not for purposes of appeal.



I HEREBY CERTIFY a copy of the foregoing has been furnished via U.S. Delivery to Assistant United States Attorney, Robin Rosenbaum, c/o U. S. Attorney's Office, located at 500 E. Broward Boulevard, Suite 700, Fort Lauderdale, Fl 33394 this 28th day of September, 2000.

Respectfully Submitted,

**RAYMOND C. MILLER, ESQ.**
Co-counsel for Defendant Pontecorvo
400 Southeast 6th Street
Fort Lauderdale, Fl 33301
Telephone: (954) 462-3668
Fax:        (954) 462-8594
Florida Bar No. 651176