UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                CASE NO.: 00-CR-6265-ZLOCH

    Plaintiff,                           MAGISTRATE JUDGE SELTZER

vs.

**JOSEPH PONTECORVO,**

    Defendant.
_____/

### STIPULATION FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED that **Russell J. Williams, Esquire**, be substituted in the place and stead of **Kenneth J. Ronan, Esquire**, as attorney for the above-named defendant, thereby relieving Kenneth J. Ronan from any further responsibility in this matter.

Dated this ___ day of September, 2000.

| | |
|---|---|
| **KENNETH J. RONAN, ESQ.** | **RUSSELL J. WILLIAMS, ESQ.** |
| 750 S. Dixie Highway | 400 Southeast 6th Street |
| Boca Raton, Fl 33432 | Fort Lauderdale, Fl 33301 |
| (561) 394-9280 | (954) 525-2889 |
| Kenneth J. Ronan, Esq. | Russell J. Williams, Esq. |
| Florida Bar # 339938 | Florida Bar #727751 |