UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6265-CR-ZLOCH

UNITED STATES OF AMERICA )
)
)
)
v. )
)
JOSEPH PONTECORVO, )
)
    Defendant )
_____)



### GOVERNMENT'S FIRST SUPPLEMENTAL RESPONSE TO
### THE STANDING DISCOVERY ORDER

The United States hereby files this first supplemental response to the Standing Discovery Order. The attachments to this response are numbered pages 14-18. Please contact the undersigned Assistant United States Attorney if any pages are missing.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
Robin S. Rosenbaum
Assistant United States Attorney
Florida Bar No. 908223
500 E. Broward Blvd.
Suite 700
Fort Lauderdale, FL 33394
Tel: (954) 356-7255 ext. 3595
Fax: (954) 356-7336

cc: Special Agent George Belsky,
    Bureau of Alcohol, Tobacco, & Firearms

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent by first-class United States mail, postage prepaid, October 5, 2000, to Russell Williams, Esq., 400 S.E. 6th Street, Fort Lauderdale, Florida 33301.

_____
Robin S. Rosenbaum
Assistant United States Attorney

```
<<<<Message Separator>>>>>

FCIC Message Ack Received.


<<<<Message Separator>>>>>
DATE:08/29/2000  TIME:14:32  MESSAGE NUMBER:00047

ATTENTION:BELSKY                         CONTROL:

FC  FLATF01S004296263                          CBELSKY
--FLORIDA CCH RESPONSE--
ATN/BELSKY
FC.DLE/04296263.PUR/C.ATN/BELSKY
         SID NUMBER: 4296263   PURPOSE CODE:C         PAGE:  1
       BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME,
       A NEW COPY SHOULD BE REQUESTED WHEN NEEDED FOR FUTURE USE
                    -  FLORIDA  CRIMINAL  HISTORY  -
NAME                             STATE ID NO.   FBI NO.    DATE REQUESTED
PONTECORVO, JOSEPH BENIDICT      FL-04296263   391836HA4    08/29/2000
SEX  RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR  BIRTH PLACE  SKIN  DOC NO.
M     W    03/27/1964  5'04''   150    BRO   BRO      NY
--CONTINUED--

         SID NUMBER: 4296263   PURPOSE CODE:C         PAGE:  2

 FINGERPRINT CLASS    SOCIAL SECURITY NO.   MISCELLANEOUS NO.   SCR/MRK/TAT
 19 TT 11 14 13       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                                TAT R ARM
 20 11 12 14 10
 IN AFIS - 2
OCCUPATION                 ADDRESS                     CITY/STATE
MARINE MECH                9358 KETAY CR S             BOCA RATON, FL
------------------------------------------------------------------------
AKA                        DOB              SOC            SCR/MRK/TAT
------------------------------------------------------------------------
PONTECORVO, JOSEPH B                                        TAT L SHLD
------------------------------------------------------------------------
--CONTINUED--

         SID NUMBER: 4296263   PURPOSE CODE:C         PAGE:  3

 ARREST-   1    04/11/1996   OBTS NO.-0006680600
   ARREST AGENCY-FLORIDA HIGHWAY PATROL - LANTANA             (FL0509200)
      CHARGE 001-TRAFFIC OFFENSE-
              DUI
              STATUTE/ORDINANCE FL316-193        LEVEL-
------------------------------------------------------------------------
 ARREST-   2    09/24/1997   OBTS NO.-0009921185
   ARREST AGENCY-FT. LAUDERDALE POLICE DEPARTMENT             (FL0060300)
      AGENCY CASE-265280                     OFFENSE DATE-09/24/1997
      CHARGE 001-TRAFFIC OFFENSE-
              DUI
              DISP-TURNED OVER TO ANOTHER AGENCY
                    FL0060000
--CONTINUED--

         SID NUMBER: 4296263   PURPOSE CODE:C         PAGE:  4
------------------------------------------------------------------------
THIS RECORD CONTAINS FLORIDA INFORMATION ONLY. WHEN EXPLANATION OF A CHARGE OR
DISPOSITION IS NEEDED, COMMUNICATE DIRECTLY WITH THE AGENCY THAT CONTRIBUTED
THE RECORD INFORMATION. THIS RECORD MAY ONLY BE USED FOR CRIMINAL JUSTICE
PURPOSES AS DEFINED BY THE CODE OF FEDERAL REGULATIONS.
THIS IS A MULTI-STATE OFFENDER RECORD.
END OF RECORD
```

14

```
FCIC Message Ack Received.

DATE:08/29/2000  TIME:15:14  MESSAGE NUMBER:00055

ATTENTION:BELSKY                         CONTROL:

FQ  FLATF01S0NYCBELSKY                        NY5903824Q
--NLETS--
FQ MESSAGE HAS BEEN SENT TO NLETS.
--END--

DATE:08/29/2000  TIME:15:16  MESSAGE NUMBER:00056

ATTENTION:SYSTEM GENERATED HEADER         CONTROL:


--NLETS--

⌂FR.NY001015Y
⌂12:16 08/29/2000 10783
⌂12:16 08/29/2000 12299 FLATF01S0
⌂TXT
⌂ATN/BELSKY
⌂            FILE 15   DCJS ALBANY NY001015Y   AUG  29,2000 REPLY
⌂TO:             FLATF01S0
⌂MESA 00000    FILED 08-29-00
⌂
⌂DATE  08-29-00             STATE OF NEW YORK            TRAN #
⌂TIME  1514         DIVISION OF CRIMINAL JUSTICE SERVICES   PART    1
⌂FAX #
⌂     CONFIDENTIAL TO: AUTHORIZED AGENCY              DOB 03-27-64
⌂                                                     RAC WHITE
⌂                      STATE OF FLORIDA               SEX MALE
⌂                                                     HGT 5-04
⌂                          FLATF01S0                  SOC 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
⌂------------------------------------------------    FBI 391836HA4
⌂NAME   NAME NOT SUPPLIED            NYSID: 5903824Q  III MULTI SOURC
⌂E
⌂ ----------------------------------  ---------------- PRB 0606627
⌂                     NAMES USED BY SUBJECT
⌂PONTECORVO,JOSEPH B                PONTECORUO,JOSEPH
⌂PONTECORVO,JOSEPH A
⌂
⌂-----------------------------------------------------------------
⌂          < < < < < < < CRIMINAL HISTORY > > > > > > >
⌂-----------------------------------------------------------------
⌂!      ARREST      !  ARREST/ARRAIGNMENT  !    DISPOSITION AND     !
⌂!    INFORMATION   !       CHARGES        !      RELATED DATA      !
⌂-----------------------------------------------------------------
⌂ARR DT/PL 06-13-87!  - - ARREST - -    !   - - DISPOSITION - -
⌂BRONX             !OPER MV .10 OF 1% ALCO!06-10-88  CRIM CRT BRONX
⌂                  !VTL 1192     SUB 02!         DKT # 7X029559
⌂CRM DATE: 06-13-87!CLASS U MISD NCIC 5404!CONVICTED UPON PLEA OF GUILTY
⌂CRIME PLACE:      !                      !
⌂BRONX             !                      !THE FOLLOWING CHARGE(S):
⌂                  !                      !OPER MV IMPAIRED BY ALCOHOL
⌂ARR#/AGY B87022342!                      !VTL 1192      SUB 01
⌂TRI BRIDGE/TUN AUT!                      !     INFR NCIC 5404
```

15

```
△                    !                     !SENT: FINE OR CUSTODY
△CRT CON# 10841638J!                       !      400/10D          FINE PD
△                    !                     !
△FAX NO   B018727 !                        !
△ORACLE # 07112995 !                       !
△-------------------------------------------------------------------------
△ VIOLENT FELONY   !  - - ARREST - -       !     - - DISPOSITION - -
△ARR DT/PL 10-27-90!CRIM POSS WEAP-3RD:LOA!06-13-91  SUP CRT BRONX CO
△BRONX              !PL  265.02    SUB 04!          IND # 8938-90
△                   !CLASS D FEL  NCIC 5299!CONVICTED UPON PLEA OF GUILTY
△CRM DATE: 10-27-90!                       !
△CRIME PLACE:      !CRIM POSS WEAP-4TH:FIR!THE FOLLOWING CHARGE(S):
△BRONX              !PL  265.01    SUB 01!CRIM POSS WEAP-3RD:LOADED GUN
△                   !CLASS A MISD NCIC 5212!PL  265.02          SUB 04
△ARR#/AGY B90043882!   .    .    .    .    .!CLASS D FEL  NCIC 5299
△NYCPD PCT 045     !                       !FINE:    $1000
△                   !  - - ARRAIGNMENT - - !PROB:   5 YEARS
△CRT CON# 14566424N!                       !
△                    !CRIM POSS WEAP-3RD:LOA!  .    .    .    .    .    .
△FAX NO   B036752 !PL  265.02    SUB 04!
△ORACLE # 37202785 !CLASS D FEL  NCIC 5299!10-27-90   CRIM CRT BRONX
△                    !                     !           DKT # 90X046724
△                    !CRIM POSS WEAP-4TH:FIR!INITIAL REPORT OF DOCKET
△                    !PL  265.01    SUB 01!NUMBER
△                    !CLASS A MISD NCIC 5212!
△                    !  .                   !  .    .    .    .    .    .
△                    !                     !
△                    !                     !10-27-90   CRIM CRT BRONX
△                    !                     !           DKT # 90X046724
△                    !   .                 !ARRAIGNED
△                    !                     !
△                    !                     !
△                    !                     !   - - PROBATION DATA - -
△                    !                     !06-13-91 SENTENCE DATE
△                    !                     !  PROB BRONX SUPREME
△                    !                     !          REG # 0894611
△                    !                     !09-07-95 DISCHARGED
△                    !                     !EARLY
△                    !                     !
△-------------------------------------------------------------------------
△ARR DT/PL 01-26-92!   - - ARREST - -      !    - - DISPOSITION - -
△NYCPD 45           !RECKLESS ENDANGERMENT !04-13-92  CRIM CRT BRONX
△                    !PL  145.25      NO SUB!          DKT # 92X003859
△CRM DATE: 01-26-92!CLASS B MISD NCIC 2999!CONVICTED UPON PLEA OF GUILTY
△CRIME PLACE:      !                       !
△NYCPD 45           !DWI:1ST OFF           !THE FOLLOWING CHARGE(S):
△                    !VTL 1192      SUB 03!DWAI ALCOHOL
△ARR#/AGY B92003828!CLASS U MISD NCIC 5404!VTL 1192           SUB 01
△NYCPD PCT 045     !                       !         INFR NCIC 5404
△                    !DWAI ALCOHOL          !  (SENTENCE IMPOSED: 04-13-92)
△CRT CON# 15231116N!VTL 1192      SUB 01!
△                    !        INFR NCIC 5404!   .    .    .    .    .    .
△FAX NO   B003086 !   .    .    .    .    .   !
△ORACLE # 07200925 !                       !01-26-92   CRIM CRT BRONX
△                    !   - - ARRAIGNMENT - - !          DKT # 92X003859
△                    !                     !ARRAIGNED
△                    !CRIM MIS:RCKLS PROP DA!
△                    !PL  145.00    SUB 03!
△                    !CLASS A MISD NCIC 2999!
```

16

```
! RECKLESS ENDANGERMENT !
! PL  145.25        NO SUB !
! CLASS B MISD NCIC 2999 !
!                                    !
! DWI:1ST OFF                 !
! VTL 1192                       !
!                       SUB 03 !
! CLASS U MISD NCIC 5404 !
!                                    !
! DWAI ALCOHOL              !
! VTL 1192                       !
!                       SUB 01 !
!          INFR NCIC 5404 !
```

< < < < < < OTHER INFORMATION > > > > > >

LATEST UPDATED PERSONAL DESCRIPTORS:   EYES/BROWN    HAIR/BLACK    WGT 170
LBS

NCIC FINGERPRINT CLASSIFICATION   19TT1114132011121410

SS # ! 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 ! 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

DOB  ! 03-27-64

POB  ! NEW YORK

NAME/!    REPORTED ON  !          INFORMATION
ADDR !
      ! 06-13-87 ! PONTECORVO, JOSEPH B
      !          ! 30       HAWKINS      ST    BRONX              NEW YORK
      ! 10-27-90 ! PONTECORVO, JOSEPH B
      !          ! 30       HAWKINS ST,        BRONX,             NEW YORK
      ! 01-26-92 ! PONTECORVO, JOSEPH A
      !          ! 30       HAWKIN ST          BRONX              NEW YORK

WHERE AN INDIVIDUAL IS SENTENCED JUNE 1, 1981, OR LATER, ON MORE THAN
ONE CHARGE WITHIN A DOCKET, THE SENTENCES MAY BE CONSIDERED TO BE
CONCURRENT UNLESS IDENTIFIED AS CONSECUTIVE.

    ALL ENTRIES ARE AS COMPLETE AS THE DATA FURNISHED TO DCJS.
                KATHERINE N. LAPP, COMMISSIONER
END OF RECORD
--END--

17

BROWARD COUNTY SHERIFF'S OFFICE  
P.O. Box 9507  
Ft. Lauderdale, FL 33310

Lab Number: 00-00019015  
Agency Case: 00-110265  
Date: 9/12/00

## CRIME LABORATORY ANALYSIS REPORT

To: S A. George Belsky  
Bur of Alcohol, Tobacco & Firearms  
299 E. Broward Blvd 401b  
Ft. Lauderdale, FL 33301

SUSPECT: JOSEPH FONTECARVO

VICTIM: BOBBY WILSON

The following evidence was submitted to this laboratory:

1. One .380 Auto RPB Industries Model SM11-A1 pistol #SAP 3803213 with suspect sound suppressor and sling.
2. One pistol magazine.

The submitted firearm was found operable and test shots were fired.

The pistol has been converted to fire full automatic.

Test shots were fired with and without the suspect sound suppressor. There was a reduction in the sound of the report with the suspect sound suppressor attached.

A casing from item #1 was entered into the Drugfire system, with no associations made.

The foregoing instrument was acknowledged before me this ___ day of _____, 2000 by Carl H Haemmerle who is personally known to me  
_____  
Verna N Gibbs CC910074  
STATE OF FLORIDA, COUNTY OF BROWARD

Respectfully submitted,

_____  
Carl H Haemmerle  
Firearms and Tool Mark Examiner

Cc: Detective Carbo, Ft. Lauderdale Police Department

18