UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6265-CR-ZLOCH



UNITED STATES OF AMERICA    )
                            )
                            )
                            )
v.                          )
                            )
JOSEPH PONTECORVO,          )
                            )
    Defendant               )
_____)

### NOTICE OF UNAVAILABILITY

Please take notice that ATF Special Agent George Belsky, the agent assigned to this case, has requested annual leave for the period from November 18 through November 26, 2000. Additionally, undersigned counsel for the United States has purchased non-refundable tickets for a prepaid vacation from November 18 through November 25, 2000. For these reasons, the United States respectfully requests that no proceedings be set from November 18 through November 26, 2000, in this case.

                                Respectfully submitted,

                                GUY A. LEWIS
                                UNITED STATES ATTORNEY

                         By:    [signature]
                                Robin S. Rosenbaum
                                Assistant United States Attorney
                                Florida Bar No. 908223
                                500 E. Broward Blvd.
                                Suite 700
                                Fort Lauderdale, FL 33394
                                Tel: (954) 356-7255 ext. 3595
                                Fax: (954) 356-7336

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent by first-class United States mail, postage prepaid, October 23, 2000, to Russell Williams, Esq., 400 S.E. 6th Street, Fort Lauderdale, Florida 33301.

Robin S. Rosenbaum
Assistant United States Attorney