**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,                CASE NO. 00-6265-CR-ZLOCH

    Plaintiff,                                                MAGISTRATE JUDGE SELTZER

vs.

**JOSEPH PONTECORVO,**

    Defendant.
_____/

## MOTION TO CONTINUE TRIAL DATE

**COMES NOW** the Defendant, **JOSEPH PONTECORVO**, by and through his undersigned counsel and files this Motion to Continue Trial Date and as grounds therefore states that:

1. The above referenced matter is presently set for Trial commencing November 7, 2000, at 9:00 a.m. before this Honorable Court, with Status Conference scheduled for November 6, 2000, at 9:00 a.m.

2. The undersigned, as well as co-counsel, substituted into this case on September 26, 2000. The undersigned received Discovery from the Government on October 6, 2000. The Defendant is currently waiting for his investigator to deliver additional police reports and dispatch tapes from the Fort Lauderdale Police Department so that the undersigned can prepare the appropriate Motions to Suppress.

3. The undersigned anticipates being in receipt of these items with the next seven to ten days.

4. The undersigned has contacted Assistant United States Attorney, Robin Rosenbaum, who has indicated that she has no objection to this motion.

**WHEREFORE**, the Defendant, **JOSEPH PONTECORVO**, respectfully requests this Honorable Court Grant this Motion to Continue Trial date commencing November 7, 2000, at 9:00 a.m.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that the original of the foregoing Motion to Continue Trial Date has been furnished via U.S. Mail Delivery to the Clerk of the District Court located at U.S. Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida, 33301, and via U.S. Mail Delivery to: Robin Rosenbaum, Assistant United States Attorney, U.S. Attorney's Office located at 500 East Broward Boulevard, 7th floor, Fort Lauderdale, Florida 33394 this 23rd day of October, 2000.

Respectfully Submitted,

RUSSELL J. WILLIAMS, ESQ.
Florida Bar No.:727751
400 Southeast 6th Street
Fort Lauderdale, Florida 33301
BROWARD:(954)525-2889
FAX:   (954)462-8594