REC'D by _____ D.C.
APPEAL
NOV. 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,              No: 00-4212 BSS   00-6265-CR WJZ

                    Plaintiff,          Ft. Lauderdale, FL
                                        September 11, 2000

        v.

JOSEPH PONTECORVO,                      ORIGINAL

                    Defendant(s).

_____/


        TRANSCRIPT OF PRETRIAL DETENTION HEARING
          BEFORE THE HONORABLE LURANA S. SNOW,
              UNITED STATES MAGISTRATE JUDGE.


APPEARANCES:

For the Plaintiff:          ROBIN ROSENBAUM,
                            Asst. U. S. Attorney
                            299 E. Broward Boulevard
                            Ft. Lauderdale, FL  33301

For the Defendant:          KENNETH RONAN, ESQ.


Transcriber:                F. Levy


Accurate Reporting Services, Inc.
Third Floor
172 West Flagler Street
Miami, Florida 33130

