UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6265-CR-ZLOCH

UNITED STATES OF AMERICA,          )
                                   )
Plaintiff,                         )
                                   )
vs.                                )
                                   )
JOSEPH PONTECORVO,                 )
                                   )
Defendant.                         )
_____)

RECEIVED & FILED IN OPEN COURT
ON $\frac{11}{6} - 6 - C \ominus$ AT _____ FLA.
F̶L̶.̶ ̶M̶A̶U̶d̶
Clarence Maddox, Clerk
United States District Court
Southern District of Florida

## GOVERNMENT'S FIRST SPEEDY TRIAL REPORT

Pursuant to Local Rule 88.5, the United States files its first Speedy Trial Report.

1. On September 6, 2000, the defendant made his initial appearance in the case at bar on a previously filed complaint. The indictment in this case was returned on September 12, 2000. Therefore, the speedy trial clock was triggered on September 12, 2000. 18 U.S.C. 3161(c)(1). Since that date, the government has determined that, as of November 6, 2000, ~~fifty-two~~ **37** days of non-excludable time have elapsed, leaving ~~eighteen~~ **33** days on the Speedy Trial Clock. 18 U.S.C. 3161(h)(1)(F).

2. The following Speedy Trial Chart sets forth the proceedings that have occurred since September 6, 2000, resulting in excludable time under 18 U.S.C. 3161(h).

| EXCLUD-ABLE DATES | ACTIVITY | ELAPSED TIME | DAYS ELAPSED |
|---|---|---|---|
| 9/12/00 | Indictment | 9/13-9/14 | 2 days |
| 9/15/00 | Arraignment | 9/16-9/28 | 12 day |
| 9/29/00 | Status Conference | 9/30-~~11/6~~ **10/23** | ~~38~~ **23** days |

10/24/00    Defendant's Motion for Continuance  10/24 - present



**TOTAL:**

37
~~52~~ days

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By

Robin S. Rosenbaum
Assistant United States Attorney
Florida Bar No. 908223
500 E. Broward Blvd.
Suite 700
Fort Lauderdale, Florida 33394
Tel: 954-356-7255 ext. 3595
Fax: 954-356-7228

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was hand-delivered,

November 6, 2000 to Russell J. Williams, Esq., 400 S.E. 6th Street, Fort Lauderdale, Florida 33301

Robin S. Rosenbaum
Assistant United States Attorney