FILED by
NOV 0 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6265-Cr-Zloch    DATE 11-6-00

CLERK Catherine Newley    REPORTER Carl Schanzleh

PROBATION    INTERPRETER

UNITED STATES OF AMERICA v. Joseph Portecorvo

U. S. ATTORNEY Robin Rosenbaum   DEFT COUNSEL Russell Williams

DEFENDANT:   PRESENT ___   NOT PRESENT ___   ON BOND ___   IN CUSTODY ___

REASON FOR HEARING Calendar Call

RESULT OF HEARING Deft's mtn to Continue granted - all time excludable until trial actually commences

JUDGMENT

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC

25