UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 00-6265-CR-ZLOCH

Plaintiff,  MAGISTRATE JUDGE SELTZER

vs.

**JOSEPH PONTECORVO,**

Defendant.
_____/

## MOTION TO CONTINUE TRIAL DATE

**COMES NOW** the Defendant, **JOSEPH PONTECORVO,** by and through his undersigned counsel and files this Motion to Continue Trial Date and as grounds therefore states that:

1. The above-referenced matter is presently set for Trial commencing December 4, 2000, at 9:30 a.m. before this Honorable Court, with Status Conference scheduled for December 1, 2000, at 9:00 a.m.

2. The undersigned, as well as co-counsel, substituted into this case on September 26, 2000. The undersigned received Discovery from the Government on October 6, 2000. The undersigned received dispatch tapes on November 7, 2000, from the Fort Lauderdale Police Department and has recently had same transcribed.

3. These tapes are extremely important in substantiating a Motion to Suppress based upon Fourth, Fifth, and Sixth Amendment grounds.

4. Additionally, this case is somewhat more complicated then the standard "possession of unlawful weapons case" and the undersigned requires more time to fully investigate the facts herein, which includes having a Defense Expert review said Discovery which undersigned counsel expects that such efforts would lead to a

meritorious Motion to Dismiss.

5. On November 7, 2000, the day after the last scheduled status conference the undersigned received notice from his sister's physician indicating her cancer has significantly spread and the diagnosis was not good. Since that time the undersigned has taken a significant amount of time from his office to prepare funeral arrangements, as well as other family matters, which include the care of her minor children who are all under the age of ten.

6. The undersigned is aware this Motion to Continue is untimely, however, due to the aforementioned reasons the undersigned was unable to file same prior to this date.

7. The undersigned has contacted Assistant United States Attorney, Robin Rosenbaum, who has indicated that she has no objection to this motion.

**WHEREFORE**, the Defendant, **JOSEPH PONTECORVO**, respectfully requests this Honorable Court Grant this Motion to Continue Trial date commencing December 4, 2000, at 9:30 a.m.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY, that the original of the foregoing Motion to Continue Trial Date has been furnished via U.S. Mail Delivery to the Clerk of the District Court located at U.S. Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida, 33301, and via U.S. Mail Delivery to: Robin Rosenbaum, Assistant United States Attorney, U.S. Attorney's Office**

located at 500 East Broward Boulevard, 7th floor, Fort Lauderdale, Florida 33394 this 20th day of November, 2000.

Respectfully Submitted,

RUSSELL J. WILLIAMS, ESQ.
Florida Bar No.:727751
400 Southeast 6th Street
Fort Lauderdale, Florida 33301
BROWARD:(954)525-2889
FAX:   (954)462-8594