UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
DEC 0 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6265-CR-Zloch  DATE 12-1-00

CLERK Carline Newley   REPORTER Carl Schanzler

PROBATION _____   INTERPRETER _____

UNITED STATES OF AMERICA v. Joseph Pantecorvo

U. S. ATTORNEY Bertha Mitrani  DEFT COUNSEL Russell Williams for Robin Rosenbaum

DEFENDANT:  PRESENT ___  NOT PRESENT ___  ON BOND ___  IN CUSTODY ___

REASON FOR HEARING  Calendar Call

RESULT OF HEARING  Deft's mtn for continuance granted - all time excludable -

JUDGMENT _____

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC _____

29