UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6265-CR-ZLOCH



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSEPH PONTECORVO,

    Defendant.
_____/

**ORDER GRANTING CONTINUANCE
AND RESETTING TRIAL**

THIS MATTER is before the Court for Calendar Call on December 1, 2000, and upon the Defendant, Joseph Pontecorvo's, Motion To Continue Trial Date bearing certificate of service dated November 20, 2000, based upon the need of counsel for said Defendant for additional time within which to prepare to properly defend this matter. The Court has carefully reviewed said Motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Defendant, Joseph Pontecorvo's, Motion To Continue Trial Date be and the same is hereby **GRANTED**. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a Speedy Trial.

**IT IS FURTHER ORDERED AND ADJUDGED** that the above-styled cause is hereby removed from the trial calendar of December 4, 2000 and

is hereby reset for the trial calendar commencing on Tuesday, February 13, 2001, at 9:30 a.m., in Courtroom A, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida. Calendar Call is hereby set for Friday, February 9, 2001, at <u>9:00 a.m.</u> in Courtroom A, United States Courthouse, Fort Lauderdale, Florida.

**Any Motions For Continuance must be filed fourteen (14) days prior to Calendar Call.**

The Court further finds that the delay resulting from the date of this continuance, November 20, 2000, through and including February 13, 2001, the date set for trial, or the date the trial commences, whichever is later, shall be deemed excludable time under Title 18, United States Code, § 3161(h)(8).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___4th___ day of December, 2000.

*[signature]*
WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

Robin Rosenbaum, Esq., AUSA
For Plaintiff

Russell J. Williams, Esq.
Raymond C. Miller, Esq.
For Defendant

2