FILED by _____ D.C.

DEC 0 4 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6265-CR-ZLOCH

UNITED STATES OF AMERICA

      V.                      NOTICE

JOSEPH PONTECORVO

---

TYPE OF CASE            CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

---

| PLACE | COURTROOM A |
|---|---|
| 299 E. BROWARD BLVD. | DATE & TIME: |
| FT. LAUDERDALE, Fl, 33301 | January 25, 2001, at 9:30 AM |

---

HEARING ON MOTION TO SUPPRESS

---

CLARENCE MADDOX
CLERK OF COURT

_[signature]_
BY DEPUTY CLERK

DATE: December 4, 2000

cc:
Robin Rosenbaum, Esq., AUSA
Russell J. Williams, Esq.

31