**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,   CASE NO. 00-6265-CR-ZLOCH

    Plaintiff,   MAGISTRATE JUDGE SELTZER

vs.

**JOSEPH PONTECORVO,**

    Defendant.
_____/

### NOTICE OF UNAVAILABILITY OF DEFENSE COUNSEL

**COMES NOW** the Defendant, **JOSEPH PONTECORVO,** by and through his undersigned counsel hereby gives notice that Russell J. Williams, Esq., will be absent from jurisdiction beginning the afternoon of February 8, 2001, through and including February 17, 2001.

Therefore, the undersigned requests that no motions, hearings or trials be scheduled during this time period, and hereby moves for a continuance if any are so set. The undersigned requests that this notice serve a as motion for extension of time on due dates for answering discovery, producing documents, complying with court orders as well as any and all other legal matters during my absence from the jurisdiction.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that the original of the foregoing Motion to Continue Trial Date has been furnished via U.S. Mail Delivery to the Clerk of the District Court located at U.S. Courthouse, 299 E. Broward Boulevard, Ft. Lauderdale, Fl., 33301, and via U.S. Mail Delivery to: Robin Rosenbaum, Assistant United States Attorney, U.S. Attorney's Office located at 500 East Broward Boulevard, 7th floor, Fort Lauderdale, Florida 33394 this 1st day of December, 2000.

Respectfully Submitted,

RUSSELL J. WILLIAMS, ESQ.
Florida Bar No.:727751
400 Southeast 6th Street
Fort Lauderdale, Florida 33301
BROWARD:(954)525-2889