UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO:   00-6265-CR-ZLOCH



UNITED STATES OF AMERICA

      V.                          NOTICE

JOSEPH POTECORVO

---

**TYPE OF CASE**                 **CRIMINAL**

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

---

**PLACE**                              **COURTROOM A**
**299 E. BROWARD BLVD.**         **DATE & TIME:**
**FT. LAUDERDALE, Fl, 33301**    **February 8, 2001, at 9:00 AM**

---

**CALENDAR CALL - RESET BY COURT**

---

                                    CLARENCE MADDOX
                                    CLERK OF COURT

                                  */s/ illegible signature/*
                                  BY DEPUTY CLERK

DATE: December 14, 2000

cc:
Robin Rosenbaum, Esq.
Russell Williams, Esq.
Raymond Miller, Esq.