UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.

**JAN 2 5 2001**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER  OO - 6265- CR-2loch  DATE  1-25-01

CLERK  Carline Newby  REPORTER  Carl Schenzleh

PROBATION  INTERPRETER

UNITED STATES OF AMERICA  v.  Joseph Pontecorvo

U. S. ATTORNEY Robin Rosenbaum DEFT COUNSEL Russell Williams
Raymond Miller

DEFENDANT:  (PRESENT)    NOT PRESENT    ON BOND    (IN CUSTODY)

REASON FOR HEARING  Suppression Hearing

RESULT OF HEARING  Gov't.'s evidence. Gov't. rests. Deft. rests
Gov't.'s closing; Deft.'s closing. Court takes Deft.'s Motion To
Suppress under consideration.

JUDGMENT

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC _____


36