UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
DKTG
FEB 0 8 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6265-CR-Zloch   DATE 2-8-01
CLERK Carline Newby   REPORTER Carl Schanzleh
PROBATION ____   INTERPRETER ____

UNITED STATES OF AMERICA v. Joseph Pontecorvo

U. S. ATTORNEY Robin Rosenbaum   DEFT COUNSEL Russell Williams

DEFENDANT: PRESENT ____ NOT PRESENT ____ ON BOND ____ IN CUSTODY ____

REASON FOR HEARING Calendar Call

RESULT OF HEARING  JT Andrey starting 2-20
Backup to 00-6175 #2

JUDGMENT ____

CASE CONTINUED TO ____ TIME ____ FOR ____

MISC ____

37