UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6265-CR-ZLOCH

UNITED STATES OF AMERICA

      V.                                    NOTICE

JOSEPH PONTECORVO

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE:                                  COURTROOM A
299 E. BROWARD BLVD.                    DATE & TIME:
FT. LAUDERDALE, FL 33301                March 5, 2001 at 10:00 AM

CHANGE OF PLEA   - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH
WILL ASK FOR A CONFESSION

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: February 20, 2001

cc:
Robin Rosenbaum, Esq., AUSA
Raymond Miller, Esq.
Russell Williams, Esq.

FILED by _____ D.C.
FEB 20 2001
CLARENCE MADDOX
CLERK, USDC
SD OF FLA, FT. LAUD.