UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by ___ D.C.
MAR 0 5 2001
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6265-CR-Zloch    DATE 3-5-01
CLERK Carline Newby    REPORTER Carl Schanzleh
PROBATION    INTERPRETER

UNITED STATES OF AMERICA v. Joseph Pontecoruo

U. S. ATTORNEY Robin Rosenbaum    DEFT COUNSEL Russell Williams

DEFENDANT: (PRESENT)    NOT PRESENT    ON BOND    (IN CUSTODY)

REASON FOR HEARING Plea to Count 2

RESULT OF HEARING Deft entered a plea of guilty to Count 2 as it pertains to silence

JUDGMENT Court accepted plea & adjudged deft guilty to Count 2

CASE CONTINUED TO 5-14-01    TIME 10:30    FOR Sentencing

MISC Written Plea Agreement -

40