UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6265-CR-ZLOCH

UNITED STATES OF AMERICA

v.                                    NOTICE

JOSEPH PONTECORVO

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE                               COURTROOM A
299 E. BROWARD BLVD.                DATE & TIME:
FT. LAUDERDALE, Fl, 33301           May 22, 2001, at 9:30 AM

SENTENCING - RESET BY COURT

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: May 7,, 2001

cc:
Jeffrey Kay, Esq., AUSA
Russell Williams, Esq.
Raymond Miller, Esq.
Probation