JHK:sr

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6265-CR-ZLOCH

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| PLAINTIFF, | : |
| v. | : |
| JOSEPH PONTECORVO, | : |
| DEFENDANT. | : |

### GOVERNMENT'S RESPONSE TO DEFENDANTS
### MAIN OBJECTIONS TO P.S.I.

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, for AUSA Robin Rosenbaum who is on maternity leave and states as follows:

Undersigned counsel met with the U.S. Probation Officer on Monday, May 7, 2001 to be briefed on the pending PSI issues. The Government, having reviewed the PSI, agrees with the position taken by the U.S. Probation Service in calculating the guidelines.

The defendant objects to the paragraph 14, 2 level increase for the destructive device. The Court is entitled to consider any and all relevant evidence under the Guidelines pursuant to U.S. v. Lynch, 937 F.2d 1226, 11th Cir. 1991. This is a question for the Court to decide if the defendant is entitled to this two level increase.

The defendant's second objection is to the 4 level increase at paragraph 15. The issue here is the interpretation of Guideline Section 2K2.1(b)(5) and commentary 7 of the guideline.



Probation has given a 4 level increase based on the state felony charged (even though it was nolle prossed) pursuant to commentary 7 and the first sentence of (b)(5). Probation appears to be correct in its application based on the overall conduct of the defendant. Defendants reliance on U.S. v. Askew, 193 F.3d 1181 (11th Cir. 1999) appears to be misplaced as Askew is applying the second portion of 2K2.1(b)(5) and not the first sentence.

In U.S. v. Anderson, 2001 WL 459085 (4th Cir. S.C.) decided on May 2, 2001, the Fourth Circuit followed a (b)(5) enhancement for similar conduct. Also in U.S. v. Rohwedder, 243 F.3d 423 (8th Cir. 2001) held there was no double counting and applied a (b)(5), 4 level enhancement. This Court can clearly find the firearm used in the state court offense was with another felony, Aggravated Assault and increase the base level conduct by 4 levels.

Respectfully submitted,

GUY A. LEWIS
ASSISTANT U.S. ATTORNEY

By: _____
JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY
FLA BAR NO. 208035
500 E. Broward Blvd. 7th flr
Ft. Lauderdale, Fl 33394
(954) 356-7255
(954) 356-7336

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was mailed on this ___ day of May, 2001, to Russell Williams, Esquire, 400 S.E. 6th St., Ft. Lauderdale, Fl 33301.

_____
JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY