MAY 2 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER: 00-6265-Cr-Zloch   DATE: 5-22-01
CLERK: Carline Newky   REPORTER: Carl Schanzlel
PROBATION: Tracey Webb   INTERPRETER:

UNITED STATES OF AMERICA v. Joseph Pastecareu

U.S. ATTORNEY: Roger Powell   DEFT COUNSEL: Russell Williams
for Jeffrey Kay   Raymond Miller

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Deft's objection to two points for destructive device granted - objection to 4 point enhancement denied - Ct 2 - 36 months custody of BOP - 2 yrs Supervised Release - $100 (paid) assessment - Spec Conds - Participate in Drug/Alcohol abuse program - Maintain full-time legitimate employment.

CASE CONTINUED TO ___ TIME ___ FOR
Obtain prior approval before
MISC: entering into self-employment -
Not incur further debt w/o permission
from Prob - Ct recommends Ft. Dix, NJ
or Allenwood, PA -

44