PROB 22
.Rev.2/88

| | DOCKET NUMBER(Tran.Ct) |
|---|---|
| **TRANSFER OF JURISDICTION** | 00-6265-CR-Zloch |
| **04 CRIM.** | DOCKET NUMBER(Rec.Ct) |

**04 CRIM. 188**

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Southern District of Florida | DIVISION Fort Lauderdale |
|---|---|---|
| Joseph Pontecorvo 32 Tier Street Bronx, NY 10464 | NAME OF SENTENCING JUDGE The Honorable William J. Zloch | |

| SD/FL PACTS No. 65278 | DATES OF PROBATION SUPERVISED RELEASE | FROM 4/8/03 | TO 4/7/05 |
|---|---|---|---|

| OFFENSE | FILED by _____ D.C. DKT6 |
|---|---|
| Possession of an unmarked silencer and an unmarked destructive device | MAR 1 5 2004 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD. |

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF FLORIDA</u>

    **IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>Southern District of New York</u> upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_2/18/04_
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>Southern</u>    DISTRICT OF  <u>New York</u>

    **IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
Effective Date

_____
United States District Judge



**United States Government**
M E M O R A N D U M

**DATE:** March 11, 2004

**FROM:** Anthony F. Gagliardi
U.S. Probation Officer, Fort Lauderdale
(954) 769-5510

**SUBJECT:** **PONTECORVO, Joseph**
**Docket No.  00-6265-CR-Zloch**
**SD/FL PACTS No.  65278**

**TO:** Clerk's Office, Magistrate Section
U.S. District Court, Fort Lauderdale


Attached is Probation Form 22, Transfer of Jurisdiction, signed in Part One on February 18, 2004, by the Honorable William J. Zloch, U.S. District Court Judge, Southern District of Florida, Fort Lauderdale, and signed in Part Two on February 27, 2004, by the Honorable Theodore H. Katz, U.S. District Court Magistrate Judge, Southern District of New York.

Please forward your complete file to the Clerk of the Court in the Southern District of New York.

Respectfully,


AFG/ds