**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
CLERK OF COURT



March 15, 2004

United States District Court
Southern district of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

RE:   *USA vs. JOSEPH PONTECORVO*
      Case No. 00-6265-CR-ZLOCH

Dear Sir:

Pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer/supervised releasee has been transferred to your court. In compliance with the Transfer of Jurisdiction the following items are being forwarded herewith:

-   (1) original form PROB 22 Transfer of Jurisdiction
-   (1) certified copy of the Indictment/Information
-   (1) certified copy of the J&C
-   (1) certified copy of the docket sheet

Please acknowledge receipt of the above on the enclosed copy of this letter and return it the envelope which has been provided.

CLARENCE MADDOX
Clerk of Court

by: /s/ Carol Hunte
Carol Hunte
Deputy Clerk

Encl.

| ☐301 N. Miami Avenue | ☐299 E. Broward Boulevard | ☐701 Clematis Street | ☐301 Simonton Street | ☐300 S. Sixth Street |
|---|---|---|---|---|
| Room 150 | Room 108 | Room 402 | Room 130 | Ft. Pierce, FL 34950 |
| Miami, FL 33128 | Ft. Lauderdale, FL 33301 | W. Palm Beach, FL 33401 | Key West, FL 33040 | 772-595-9691 |
| 305-523-5100 | 954-769-5400 | 561-803-3400 | 305-295-8100 | |

